**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JEROME WHITE** | * | **CIVIL ACTION NO.** |
| | * | |
| **CHRISTOPHER JONES,** | * | **SECTION " " ( )** |
| **CSX TRANSPORTATION, INC., AND** | * | |
| **ZURICH AMERICAN INSURANCE** | * | **JUDGE:** |
| **COMPANY** | * | |
| | * | |

**************************************************************************

**NOTICE OF REMOVAL OF CIVIL ACTION**

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

**NOW INTO COURT**, by and through undersigned counsel, come Defendant, Christopher Jones ("Jones"), who, with a full reservation of all rights, and while preserving all defenses and objections, hereby, with joinder and consent of co-defendants, CSX Transportation, Inc. and Zurich American Insurance Company, removes the below described state court civil action to this Honorable Court since there is complete diversity of citizenship between the plaintiff and defendants and the amount in controversy exceeds $75,000, exclusive of interest and costs.

I.

The subject of this Notice of Removal of Civil Action is a Petition for Damages filed November 12, 2014 in the Twenty First Judicial District Court for the Parish of Tangipahoa, State of Louisiana, in proceedings entitled "*Jerome White v. Christopher Jones, CSX*

*Transportation, Inc. and Zurich American Insurance Company*", Docket No. 2014-0003337, Division "E". (A copy of the Petition for Damages is attached, Exhibit A)

II.

The subject of the captioned lawsuit are allegations arising from a one vehicle accident in Tangipahoa Parish, Louisiana at or near the intersections of U.S Interstate Highway 55 and U.S. Interstate Highway 12 on or about November 17, 2013 involving a motor vehicle operated by Defendant, Christopher Jones and having as a passenger, Plaintiff, Jerome White.

III.

The Petition for Damages is removable to this Court pursuant to 28 USC 1332, and 28 USC 1441(a) and (b) in that complete diversity of citizenship exists between the plaintiff and all properly joined and served defendants.

**Timely Removal**

IV.

Defendant, Christopher Jones was served with the Petition for Damages on November 25, 2014 and an Affidavit was filed into the state court record by Plaintiff on December 1, 2014 pertaining to service made by the Long Arm Statute on Defendant, Christopher Jones. See, Exhibit B. Co-defendant, CSX Transportation, Inc. was served through Corporate Creations its registered agent, on November 18, 2014. See, Exhibit C. Co-Defendant, Zurich American Insurance Company was served through the Louisiana Secretary of State, its agent for service of process on December 3, 2014. Since fewer than thirty (30) days have passed since first

service of the Petition for Damages on Defendant, Christopher Jones, this Notice of Removal is timely. 28 USC 1446(b). No previous application for removal has been made.

**Complete Diversity**

V.

The Petition for Damages asserts Plaintiff is domiciled in the Parish of Jefferson , Louisiana. (See Exhibit A at the Introduction/Paragraph 1 of the Petition for Damages)

VI.

The Petition for Damages asserts that Christopher Jones is a resident of and domiciled in Mississippi. (Exhibit A, Paragraph 1(A) and service instruction on page 4 of the Petition for Damages, and Exhibit B)

VII.

The Petition for Damages asserts CSX Transportation, Inc. is a foreign corporation domiciled in the state of Virginia with a registered office and principal place of business in Florida. (Exhibit A, Paragraph 1(B)). See http://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail/EntityName/forp806099-d855ad42-7d14-4daf-b212-bb91e0f08672/csx%20transportation%2c%20inc/Page1. The Florida Department of State, Division of Corporations listing of CSX Transportation, Inc. setting forth its principal address. (Exhibit E.)

VIII.

The Petition for Damages asserts Zurich American Insurance Co. is a foreign insurance Company, which allegedly provided a policy of insurance to CSX Transportation, Inc. (Exhibit

A, Paragraph 1(C) and service instruction on page 5 of the Petition for Damages) Through information and belief, Zurich American Insurance Co. is domiciled in New York but maintains is principal place of business in Illinois. See Exhibit "F", attached information pertaining to Zurich American Insurance Company taken from the Louisiana Department of Insurance website. http://www.ldi.state.la.us/search_forms/company/Default.aspx.

**Amount in Controversy**

IX.

The Petition for Damages is silent as to the actual amount in controversy. (Exhibit A)

X.

Plaintiff itemizes the damages to which he claims entitlement as a result of the accident and injury giving rise to this lawsuit, at Exhibit A, Paragraph 10:

a) "Physical pain and suffering, past, present and future"
b) "Emotional distress and mental anguish, past, present and future"
c) "Medical expenses, past present and future"
d) "Loss of enjoyment of life"
e) "Property damage"
f) "Loss of use of the vehicle"
g) "Diminished value of his vehicle"
h) "Lost wages"
i) "Loss of Earning Capacity"
j) "Any and all other items of damage to be enumerated at the time of trial."

XI.

Under the facts alleged in the Petition for Damages, the injuries asserted by Plaintiff, Jerome White potentially could result in medical bills and general damages that could exceed $75,000.

XII.

Irrespective of the damages alleged in the Petition for Damages, the Petition for Damages did not comply with the provisions of *LA CCP 893*, which requires that "if a specific amount of damages is necessary to establish…the lack of jurisdiction of a federal courts due to insufficiency of damages, or for other purposes, a general allegation that the claim exceeds or is less than the requisite amount is required."

XIII.

The removing party typically must establish by a preponderance of the evidence that the amount in controversy exceed $75,000. *Grant v. Chevron Phillips Chem. Co., L.P*., 209 F. 3d 864, 868 (5th Cir. 2002), cert. denied, 538 U.S. 945 (2003). When the petition is unclear as to the total amount claimed, the removing defendant is entitled to set forth facts demonstrating that the claim exceeds $75,000. *St. Paul Reins. Co., Ltd. v. Greenberg*, 134 F. 3d 1250 (5th Cir. 1998).

XIV.

Accordingly, Defendant represents Plaintiff, Jerome White, has received in excess of $75,000 in settlement of his claim for workers' compensation benefits, which amounts are believed to approximate $120,000, for the same underlying incident and alleged injuries that give rise to the captioned lawsuit for which he seeks recovery from the alleged third party tortfeasors and insurer.

XV.

As demonstrated above, this Court has original jurisdiction over this action pursuant to 28 USC 1332(a) because the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000 and is between citizens of different states.

**Consent to Removal**

XVI.

Removal requires the unanimous consent of all defendants. 28 USC 1446(b)(2)(A). Defendants, CSX Transportation, Inc. and Zurich American Insurance Company, all consent and join in the removal of this action. (Exhibit G)

**Notice to Parties and to the State Court**

XVII.

The state court and all parties to the state court action have been provided with notice of this Notice of Removal of Civil Action, pursuant to 28 USC 1446(d). (Exhibit H)

XVIII.

Pursuant to 28 USC 1446(a), Defendant attaches copies of all process, pleadings and orders served upon Defendant in the state court action that is the subject of this Notice of Removal of Civil Action, which includes the Petition of Damages, the Plaintiff's Request for Notice and discovery accompanying the Petition for Damages, and the service information (collectively, Exhibit I).

WHEREFORE, Defendants pray that this action be removed from the Twenty First Judicial District Court for the Parish of Tangipahoa, State of Louisiana to the United States District Court for the Eastern District of Louisiana and proceed therein.

Respectfully submitted,

PERRIER & LACOSTE, LLC

*/s/ Jack C. Benjamin, Jr.*

GUY D. PERRIER, #20323
Email: gperrier@perrierlacoste.com
RODNEY J. LACOSTE, #19659
Email: rlacoste@perrierlacoste.com
JACK C. BENJAMIN, JR., #22735
Email: jbenjamin@perrierlacoste.com
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130
Telephone: (504) 212-8820
Facsimile: (504) 212-7285
ATTORNEYS FOR CHRISTOPHER JONES

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of December, 2014, I electronically filed the foregoing Notice of Removal of Civil Action with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed by first-class mail and forwarded by facsimile transmission, by electronic mail and/or by hand delivery the foregoing Notice of Removal of Civil Action and the notice of electronic filing to any non-CM/ECF participant.

*/s/ Jack C. Benjamin, Jr.*

JACK C. BENJAMIN, JR.

F:\Client Files\Active Files P&L\51583 - GDP-RJL\PLEADINGS\REMOVAL TO USDC-EDLA\notice of removal of civil action - federal court.doc