UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JEROME WHITE | * | CIVIL ACTION NO. 2:14-cv-02880 |
| | * | |
| V. | * | SECTION: I, DIV: 4 |
| | * | |
| CHRISTOPHER JONES, | * | JUDGE: LANCE M. AFRICK |
| CSX TRANSPORTATION, INC., AND | * | |
| ZURICH AMERICAN INSURANCE | * | MAGISTRATE: KAREN WELL ROBY |
| COMPANY | * | JURY TRIAL |

FILED:_____    _____
                                  DEPUTY CLERK

## NOTICE OF FINAL DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Jerome White, who upon suggesting to this Honorable Court that, pursuant to Federal Rules of Procedure 41(a)(1)(A)(i), plaintiff dismisses any and all of his claims in the above-referenced lawsuit against Christopher Jones, CXS Jones Transportation, Inc. and RLI Insurance Company, with prejudice, and each party to bear their own costs.

                                        Respectfully submitted,

                                        */s/: Vincent P. Scallan*
                                        VINCENT P. SCALLAN (#33459)
                                        Email: Vincent@vpscallanlaw.com
                                        1515 Poydras St., Ste. 1825
                                        New Orleans, LA 70112
                                        Telephone: (504) 272-0444
                                        Facsimile: (504) 588-2114
                                        Attorney for Plaintiff, Jerome White

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, on this **22nd** day of **June,** 2015, at their last known address of record, at their last known address.

/s/: *Vincent P. Scallan*
VINCENT P. SCALLAN (#33459)
Email: Vincent@vpscallanlaw.com
1515 Poydras St., Ste. 1825
New Orleans, LA 70112
Telephone: (504) 272-0444
Facsimile: (504) 588-2114
Attorney for Plaintiff, Jerome White